**In the Matter of Robert Edwin JACOBSEN, Debtor.**

**Robert Edwin Jacobsen, Appellant**

v.

**John Sramek; Bernadette Sramek, Appellees.**

No. 13–40926
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

April 7, 2014.

Mark H. Ralston, Brandon Craig Wilson, Estes Okon Thorne & Carr, P.L.L.C., Dallas, TX, for Appellant.

Robert Edwin Jacobsen, Lafayette, CA, pro se.

John Paul Lewis, Jr., Esq., Dallas, TX, for Appellees.

Before REAVLEY, JONES, and PRADO, Circuit Judges.

PER CURIAM: *

The judgment of the district court is affirmed. The appellant has been given extensive process and the claim against the bankruptcy estate was confirmed by this Court on January 25, 2010. With the individual discharge resolved, the bankruptcy court had no other issues and cor-rectly rendered the judgment against the debtor.

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.